■ In the Matter of the Accounting of LAWRENCE V. BROWN, Public Administrator of Richmond County, as Administrator of the Estate of MARY BARGEL, Deceased, Respondent. REUBEN E. GROSS, Individually, and as Attorney at Law for the Attorney in Fact and the Distributees, Appellant.— Appeal (1) from

so much of a decree of the Surrogate's Court, Richmond County, judicially settling the administrator's account, as fixed appellant's fee at $2,000, and (2) from an order denying a subsequent application on additional facts for similar relief, or for alternative relief. Appellant claimed his fee was fixed by the terms of a written retainer between him and the attorney in fact acting under a power of attorney for distributees residing in Russia. The subsequent application was based upon a written confirmation executed by two of the three distributees after appellant's services had been fully rendered. Decree insofar as appealed from and order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ. [5 Misc 2d 657.]